UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 DEC -3 PM 4: 32
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No._____ |
| | ) | |
| v. | ) | VIO: O.C.G.A. § 40-6-391(a)(1) |
| | ) | 18 U.S.C. §§ 7 and 13 |
| MICHAEL C. VITELLO | ) | D.U.I. |

THE UNITED STATES ATTORNEY CHARGES:

CR419-0196

## COUNT ONE

On or about August 2, 2019, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**MICHAEL C. VITELLO**

did unlawfully drive and was in actual physical control of a moving vehicle while under the influence of alcohol to the extent that it was less safe for him to drive, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

_____
Katelyn Semales
Special Assistant U.S. Attorney
Massachusetts Bar # 695339